**Motion Granted; Abatement Order filed September 27, 2022**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-21-00544-CV**
_____

**CRISTINA NEWALL KALLOP, A/K/A MARIA CRISTINA NEWALL VASQUEZ DE VELASCO, Appellant**

**V.**

**OFFSHORE EXPLORATION AND PRODUCTION, LLC, Appellee**

---

**On Appeal from Probate Court No. 4**
**Harris County, Texas**
**Trial Court Cause No. 475,050-402**

---

## ABATEMENT ORDER

Appellant's have filed an agreed motion to stay this appeal pending a potential resolution of their dispute. The motion is GRANTED. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket for ninety (90) days. The appeal will then be reinstated on this court's active docket, or when the parties file a motion to dismiss the appeal or

other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.


PER CURIAM


Panel Consists of Justices Jewell, Bourliot and Zimmerer.